FILED by D.C.
DKTG
OCT 5 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**"IN ADMIRALTY"**

**06-10108**

Arnaud GIRARD,
Michael BULLOCK, and
Mark (Reef) PERKINS,
Plaintiffs,
V.
The M/Y "Sea Dream", official #1020575,
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.
______________________________/

CASE NO:

**CIV - KING**

MAGISTRATE JUDGE
GARBER

**VERIFIED COMPLAINT IN ADMIRALTY**

COME NOW Arnaud GIRARD d'ALBISSIN ("GIRARD"), Michael BULLOCK, and Mark ("Reef") PERKINS, pro se, who hereby file this verified complaint in admiralty against the 1993 52' Jefferson motor yacht "Sea Dream", Official # 1020575, seeking salvage award and would state the following in support thereof:

1. This Court has jurisdiction over this Claim for Salvage of the 1993 52' Jefferson motor yacht, "Sea Dream", Official #1020575, pursuant to 28 USC §1333.

2. The insurers for the M/Y "Sea Dream", T L Dallas, Ltd. and Great Lakes Reinsurance (UK) PLC, have tendered a Letter of Undertaking in lieu of arrest, a copy of which is hereto attached as Exhibit A.

3. The estimated value of the "Sea Dream" is $350,000.

4. The principal salvors of the "Sea Dream" are Plaintiffs Arnaud GIRARD, Michael BULLOCK and Captain Mark T. (Reef) PERKINS of Key West Marine Assistance, Sea Tow Key West, and Tow Boat U.S. Key West, respectively.

5. GIRARD, BULLOCK, and PERKINS are professional salvors operating fast response rescue boats out of Key West, Florida.

6. On July 3, 2006, at approximately 6:00 p.m., the M/Y "Sea Dream", a 1993 52' Jefferson with three passengers on board, sent a MAYDAY call via VHF radio Channel 16.

7. The "Sea Dream" had grounded itself on a metal submerged wreck in open water at position (approx.) 24°34 N, 82°14 W, approximately 23 miles west of Key West, Florida.

8. Captain Perkins of Tow Boat U.S. Key West answered the call and offered to assist the "Sea Dream".

9. The owner of the "Sea Dream" stated that they were going to "need a major salvage operation."

10. Captain Perkins requested the assistance of Sea Tow Key West and Key West Marine Assistance.

11. The salvors loaded lift-bags, pumps, a specialized Broco underwater cutting torch and a crew of six onto Sea Tow's fast response vessel and departed for the "Sea Dream."

12. The Tow Boat U.S. vessel "Ranger" followed immediately carrying heavier salvage equipment.

13. The Sea Tow vessel arrived on scene at sunset and Key West Marine Assistance salvage divers immediately dove in to assess the situation.

14. The out-going tide was creating a very strong current.

15. The "Sea Dream" had somehow run over the deck of a sunken barge.

16. The starboard propeller and rudder had caved into the barge's metal deck.

17. There were metal structures obstructing every way out.

18. The waves were throwing the boat back and forth onto the wreck.

19. The pounding of the running gear on the wreck was very severe.

20. It appeared that attempting to cut through the barge with the Broco torch would only weaken the rusted deck structure further and cause the "Sea Dream" to fall deeper inside the barge.

21. The Salvors rigged four 4,000 pound lift-bags underneath the starboard aft of the "Sea Dream", rigged a mid-ship towline pulled by the vessel "Ranger" and a stern towline pulled by the Sea Tow salvage vessel.

22. Guided by the divers who coordinated the pulls, the salvors managed to maneuver the "Sea Dream" through a labyrinth of obstructions all the way out and into the deep water.

23. The vessel was then towed to a marina in Key West.

24. The hull was inspected by the salvage divers and showed clear signs of damage but was not penetrated.

25. The struts appeared to be damaged.

**Salvage Award**

26. Compensation for salvage services is not regarded as merely pay on the principle of quantum meruit or of remuneration for labor, but as a reward for "perilous" services, voluntarily and successfully rendered and is granted as an inducement to mariners to undertake such dangerous enterprises to save life and property. The following elements are usually considered in determining the fairness of an award for a successful salvage:

a. The degree of danger from which the persons and property was rescued.

b. The risk to the environment.

c. The value of the property saved.

d. The risk and liability incurred by the salvors in securing the property form the impending peril.

e. The promptitude, skill and energy displayed in rendering the service and saving property.

f. The value of the property employed.

g. The labor expended in the salvage service.

27. There is no doubt that the "Sea Dream" would have been destroyed on that wreck that very night.

28. The salvors' quick and skillful response saved the vessel and its passengers from certain peril.

29. The operation was extremely dangerous and challenging.

30. The divers were working at night, with large lift-bags, in very strong currents, between a jagged metal wreck and an unstable rolling 52' motor yacht which was threatening to collapse through the barge deck at any second.

31. The salvage vessels were operating in the dark, in side-ways current and waves, and alongside markers signaling unknown submerged obstacles which no one on scene had had the opportunity to identify in daylight.

32. The Salvors' assets on scene are valued at approximately $200,000.

33. The Salvors claim $110,000 for their services in the salvage of the "Sea Dream".

WHEREFORE Plaintiffs Arnaud GIRARD, Michael BULLOCK and Mark T. (Reef) Perkins pray this honorable Court will enter a Judgment for Plaintiffs in the amount of $110,000 salvage award for the salvage of the M/Y "Sea Dream" plus costs and interest allowed by law and such other relief that this Court deems proper.

Respectfully submitted,

Arnaud GIRARD
P.O. Box 6263
Key West, FL 33041
(305) 731-7299

Michael BULLOCK
3718 Flagler Avenue
Key West, FL 33040
(305) 295-9912

Mark T. (Reef) PERKINS
2828 Staples Avenue
Key West, Florida 33040
(305) 797-3469

## VERIFICATION

**STATE OF FLORIDA )**

**COUNTY OF MONROE)**

BEFORE ME, the undersigned authority, personally appeared, ARNAUD GIRARD D'ALBISSIN ("GIRARD"), Plaintiff, pro se, personally known to me or has produced FL DL #G163 007571620 as identification, who, after being first duly sworn, deposes and says that he is the Plaintiff herein, and is duly authorized to make this verification; that he has read the previous VERIFIED COMPLAINT IN ADMIRALTY, and the matters and things alleged therein are true and correct.

______________________________

Arnaud GIRARD D'ALBISSIN ("GIRARD")

SWORN TO AND SUBSCRIBED BEFORE ME the undersigned authority on this 29 day of Sept., 2006.

______________________________

Notary Public / State of Florida

My commission expires:

SONYA D. MORRIS
MY COMMISSION # DD 229154
EXPIRES: October 22, 2007
Bonded Thru Notary Public Underwriters

# VERIFICATION

**STATE OF FLORIDA )**

**COUNTY OF MONROE)**

BEFORE ME, the undersigned authority, personally appeared, MICHAEL BULLOCK, Plaintiff, pro se, personally known to me or has produced FLORIDA DRIVERS LICENSE as identification, who, after being first duly sworn, deposes and says that he is the Plaintiff herein, and is duly authorized to make this verification; that he has read the previous VERIFIED COMPLAINT IN ADMIRALTY, and the matters and things alleged therein are true and correct.

Michael BULLOCK

SWORN TO AND SUBSCRIBED BEFORE ME the undersigned authority on this 26th day of SEPT., 2006.

Notary Public / State of Florida

My commission expires: ________________

Lisa M. McCarthy
Commission #DD198838
Expires: May 16, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

**VERIFICATION**

**STATE OF FLORIDA )**

**COUNTY OF MONROE)**

BEFORE ME, the undersigned authority, personally appeared, MARK T. ("REEF") PERKINS, Plaintiff, pro se, personally known to me or has produced FLORIDA DRIVERS LICENSE as identification, who, after being first duly sworn, deposes and says that he is the Plaintiff herein, and is duly authorized to make this verification; that he has read the previous VERIFIED COMPLAINT IN ADMIRALTY, and the matters and things alleged therein are true and correct.

Mark T. ("Reef") PERKINS

SWORN TO AND SUBSCRIBED BEFORE ME the undersigned authority on this 26th day of SEPT., 2006.

Notary Public / State of Florida

My commission expires: _______________

NOTARY PUBLIC · STATE OF FLORIDA
Lisa M. McCarthy
Commission #DD198838
Expires: May 16, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

TLDallas
*Insurance since 1919*

Insurance Brokers
Marine Underwriting Agents
Credit Insurance Specialists

T L Dallas (Special Risks) Ltd
5-6 Dalesway House
South Hawksworth Street
Ilkley LS29 9LA
Telephone +44 (0)1943 811000
Fax +44 (0)1943 601854/601875

Captain Arnaud Girard d'Albissin
Key West Marine Assistance
P.O. Box 6263
Key West, FL 33041

Re: Salvage M/Y "Sea Dream"
Official #: 1020575
T.L. Dallas policy #: 200-658-7516
Insured: Clifford Cornell
D.O.L.: July 3, 2006
Claim #: 6222

Dear Mr. Girard:

In consideration of you, Mr. Bullock, and Mr. Perkins, herein after collectively referred to as the "Salvors", refraining from arresting, attaching, or otherwise restraining the M/Y "Sea Dream", a 1993 52' Jefferson motor yacht owned by Mr. Clifford Cornell and your refraining from prejudgment arresting, attaching, or otherwise restraining other assets or property belonging to the owner of the vessel on account of your alleged salvage operations near Key West, Florida on or about July 3, 2006, the undersigned, Great Lakes Reinsurance(UK) PLC, insurers to the , hereinafter referred to as the "Insurers", agree:

1. To file or cause to be filed, on your demand, an appearance on behalf of the vessel in any suit or arbitration proceeding within South Florida or the U.S. District Court for the Southern District of Florida, and to file or cause to be filed a claim by or on behalf of the owner of the vessel in any such action or arbitration proceeding, irrespective of whether or not the vessel is in the jurisdiction of the Court at the time, and without raising any questions as to her absence from the jurisdiction and whether the vessel is lost or not lost, in port or not in port, the *in rem* appearance and claim of the owner to be consistent with the defenses available to the vessel and its owner and Insurers as such defenses may appear now or in the future, and this letter of undertaking shall not constitute a waiver of any defenses of the vessel, her owner, or insurers.



EXHIBIT
"A"

2. In the event of a Final Judgment (after appeal, if any) or following the entry of any arbitration award as a result of binding arbitration against the M/Y "Sea Dream" and/or her owner in such suit or arbitration proceeding, the Insurers, its subsidiaries, agree to pay and satisfy the claimant, Salvors, or their designee, up to but not exceeding the amount of $110,000, the Final Judgment, arbitration award, or any lesser amount settled between the parties without the final decree, or arbitration award being rendered where said settlement has been made with the approval of the undersigned;

3. It is further agreed that any appearance and claim filed, and bond posted if demanded, shall stand with the same force and effect as if the M/Y "Sea Dream" had been actually seized under warrant for arrest and had thereafter been duly released by the deposit of a surety bond to respond to the Complaint in the suit;

4. It is further agreed that the rights of all parties in any suit or arbitration proceeding shall be in all respects the same as if the vessel had been seized under warrant for arrest and released upon the filing of a surety bond;

5. It is further agreed that special arrangements for service of process have been agreed to, whereby all service of process, whether personal or by mail may be served upon

***Jonathan W. Skipp, Esq.***
***Horr, Novak & Skipp, P.A.***
***9100 S. Dadeland Blvd.***
***Suite 1104***
***Miami, Florida 33156***

for the vessel, her owners, or the insurers and that such service shall be deemed to be proper service upon the vessel and her owner for the purpose of any litigation or arbitration proceedings. It is also agreed that the service is without prejudice to any defenses relating to any issues which may be available to the vessel, her owner, or insurers;

6. It is further agreed that the Insurers, through the undersigned authorized agent, warrant that this letter of undertaking is unconditional not subject to any insurance coverage defenses or waivers which the Insurers may have against the insured. The Insurers further agrees to pay the Salvors, or their designee, any judgment, settlement, or arbitration award up to the limits of this letter of undertaking, without regard to any coverage defenses or waivers which the Insurers may have against its insured; and,

7. It is understood and agreed that the execution of this letter by the undersigned authorized representative shall not be construed as binding upon him personally, but to be binding upon insurers of the vessel.

Alexander Mark Thomas LLB (Hons)

For and upon behalf of the insurers .

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

Arnaud GIRARD, Michaeal BULLOCK, Mark (Reef) PERKINS,

(b) County of Residence of First Listed Plaintiff Monroe County, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

Pro se: Arnaud GIRARD
P.O. Box 6263
Key West, FL 33041 (305) 731-7299,(305)731-4723

**DEFENDANTS**

The M/Y "SEA DREAM", IN REM

06-10108

County of Residence of First Listed Defendant (in Rem) Monroe
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

Jonathan Skipp, 9100 S. Dadeland Blvd. Suite 1104, Miami 33156

FILED by ______ D.C. INTAKE
OCT 05 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☑ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

CIV - KING

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

MAGISTRATE JUDGE GARBER

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☒ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Re-filed- (see VI below) ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):

a) Re-filed Case ☐ YES ☑ NO b) Related Cases ☐ YES ☑ NO

JUDGE DOCKET NUMBER

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity)**:

28:1333 Admiralty - Salvage Claim

LENGTH OF TRIAL via 2 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 110,000.00

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☑ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD

DATE 9/30/06

**FOR OFFICE USE ONLY**

AMOUNT $350 RECEIPT # 547918 IFP

10/11/06